IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN OHIO DISTRICT
EASTERN DIVISION

UNITED STATES OF AMERICA,

  **Plaintiff,**

  **v.**          **Case No. CR-2-10-126(1)**
                **JUDGE GREGORY L. FROST**

**VIRGIL L. JOHNSON,**

  **Defendant.**

### ORDER REVOKING SUPERVISED RELEASE AND IMPOSING SENTENCE

This matter came on for a hearing this 3rd day of November, 2015 upon the Petition to

Revoke Defendant's Supervised Release status.  Defendant, Counsel for Defendant, and Counsel

for the Government appeared.

At the hearing, Defendant admitted to violating:

MANDATORY CONDITION: "The defendant shall not commit another federal, state, or

local crime."

The Court accepts the admission.

The Court thereafter proceeded with sentencing. Pursuant to the United States Sentencing

Guidelines (U.S.S.G.) § 7B1.1, Defendant has been found guilty of violating one Mandatory

Condition.  The conduct represents a Grade C violation.

Based on a Grade C violation and criminal history category VI, the advisory guideline

imprisonment range for revocation purposes is 8 to 14 months. See U.S.S.G. §7B1.4(a).

Relying upon the foregoing, the facts of this case, and the 18 U.S.C. §3553(a) factors,

the Court orders that Defendant's supervised release be revoked and the Court sentences

Defendant to ten (10) months of imprisonment.   Upon completion of the ten month sentence,

Defendant shall not be required to serve any further term of Supervised Release.

     After sentencing, Defendant acknowledged his rights on appeal.

     Defendant was remanded to the custody of the United States Marshal's Service.

     **IT IS SO ORDERED.**

                   **s/   Gregory L. Frost**
                 **GREGORY L. FROST, JUDGE**
                 **UNITED STATES DISTRICT COURT**